1  J. Gary Gwilliam (SBN. 33430)
2  Randall E. Strauss (SBN. 168363)
   Jayme L. Walker (SBN. 273159)
3  GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
   1999 Harrison St., Suite 1600
4  Oakland, CA  94612
   Phone:  (510)832-5411
5  Fax:  (510)832-1918
   Email:  ggwilliam@giccb.com
6          rstrauss@giccb.com
7          jwalker@giccb.com

8  Attorneys for Plaintiff
   KATHERINE OSTER

9

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  KATHERINE OSTER,                           Case No.:  3:16-CV-03164-WHO

15            Plaintiff,

16  vs.                                        **JOINT STIPULATION TO AMEND
                                               SCHEDULING ORDER**
17
    CAITHNESS CORPORATION; CAITHNESS           **TRIAL DATE: NOVEMBER 6, 2017**
18  ENERGY, LLC; CAITHNESS
    DEVELOPMENT, LLC; LESLIE GELBER;
19  and DOES 1-50,

20            Defendant.

21      On December 21, 2016, this Court issued a Civil Pretrial Order setting this matter for Trial

22  (Docket No. 34).  The Court set trial for November 6, 2017, at 8:30 a.m. and a final pretrial

23  conference on October 10, 2017, at 2:00 p.m.  The Court also set "all corresponding Pretrial

24  Deadlines."  Pursuant to the following stipulation, the parties now seek to modify the Scheduling

25  Order.

26  ///

27  ///

28      IT IS HEREBY STIPULATED by and among the parties hereto, through their respective

---

STIP TO AMEND SCHEDULING ORDER            1            CASE NO. 3:16-CV-03164-WHO

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

1   counsel of record, that the dates and pretrial deadlines be continued as follows:

2       1.   The parties agree that fact discovery is extended to April 14, 2017.

3       2.   The parties agree that Rule 26 export reports are due April 28, 2017.

4       3.   The parties agree that rebuttal expert reports are due May 12, 2017.

5       4.   The parties agree that expert discovery will close June 9, 2017.

6       5.   Defendants will file any dispositive motions by June 23, 2017.

7       6.   Plaintiff will file her opposition to any dispositive motion by July 7, 2017.

8       7.   Defendants will file their reply by July 19, 2017.

9       8.   All other dates in the original scheduling order will remain the same.

10      9.   If the court cannot accommodate the briefing schedule proposed for dispositive motions,

11           the parties request a conference call.

12  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13

14

15  DATED: _____                          _____

16                                           *Attorneys for Plaintiff Katherine Oster*

17

18

19  DATED: _____-____                         _____

20                                           *Attorneys for Defendants Caithness*
                                             *Corporation, Caithness Energy, L.L.C.,*
                                             *Caithness Development, LLC and Leslie*
21                                           *Gelber*

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  DATED: March 28, 2017                     _____
                                             HON. WILLIAM H. ORRICK
26                                           UNITED STATES DISTRICT JUDGE

27

28