UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE OSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAITHNESS CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-03164-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 72 |

    Pursuant to the Court's Order Granting Motion for Summary Judgment, Judgment is accordingly entered in favor of the defendants and against plaintiff.

Dated: August 30, 2017　　　　　　　　　　　　Susan Y. Soong, Clerk

*[signature: Jean M. Davis]*

By: Jean M. Davis, Deputy Clerk